FILED
2026 Jan-09  AM 11:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA                    §

V.                                          §    NO. 4:26-MJ-003
                                            §
JOSHUA MARK SCHEIBLER                        §

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The above-named defendant has testified under oath, or has otherwise satisfied this court that such defendant (1) is financially unable to employ counsel, (2) wants to be represented by counsel, and (3) has not waived representation by counsel; accordingly,

It is ordered that the Federal Public Defender's Office for this District be and hereby is appointed pursuant to Section 3006A of Title 18, United States Code to represent the defendant named above.

It is further ordered that the Federal Public Defender's Office be given immediate access to the above-named Defendant.

Signed: January 7, 2026

HAL R. RAY, JR.
UNITED STATES MAGISTRATE JUDGE

4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

ORIGINAL

UNITED STATES OF AMERICA

v.

JOSHUA MARK SCHEIBLER (01)

No. 4:26-MJ-003-BP

2026 JAN -9 A 8: 44

U.S. DISTRICT COURT

**GOVERNMENT'S MOTION FOR PRETRIAL DETENTION**

The United States moves for pretrial detention of the defendant pursuant to 18 U.S.C. §§ 3142(e) and (f).

1. **Eligibility of Case:** This case is eligible for a detention order because the case involves:

☐ Crime of violence [18 U.S.C. § 3156]
☐ Maximum sentence of LIFE imprisonment or death
☐ Controlled Substance offense punishable by 10 or more years
☐ Felony with 2 prior convictions in above categories
☐ Felony involving a minor victim
☐ Felony involving the possession or use of a firearm, destructive device, or other dangerous weapon
☐ Felony involving a failure to register under 18 U.S.C. § 2250
☒ Serious risk that the Defendant will flee
☒ Serious risk that Defendant will obstruct justice

2. **Reason for Detention.** The Court should detain the Defendant because there are no conditions of release which would reasonably assure:

☒ Defendant's appearance as required.
☒ The safety of the community.
☒ The safety of another person.

3. The United States will not invoke the rebuttable presumption against the Defendant because: there is probable cause to believe that the Defendant has committed:

☐ A Controlled Substance Offense punishable by 10 or more years imprisonment
☐ A firearms offense under Title 18, United States Code, Section 924(c)
☐ A federal crime of terrorism punishable by 10 or more years imprisonment
☐ A Felony -listed in 18 U.S.C. § 3142(e) - involving a minor victim
☐ A Felony involving a failure to register under 18 U.S.C. § 2250
☐ The Defendant has previously been convicted of an offense described in 18 USC § 3142(f)(1) which was committed while the Defendant was released on bond pending trial for any offense and less than 5 years have elapsed since the latter of the defendant's conviction or date of release from imprisonment for such conviction.

4. **Time for Detention Hearing.** The United States requests the Court to conduct the detention hearing

☐ at the Defendant's first appearance     ☒ After a continuance of _3_ days.

Respectfully Submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY

MATTHEW CAPOCCIA
Assistant United States Attorney
State Bar of Texas No. 24121526
Telephone: 817-252-5200
Fax: 817-252-5455
Email: matthew.capoccia@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the above pleading was this day served upon the Defendant or his counsel of record in accordance with the provisions of Rule 49 of the Federal Rules of Criminal Procedure.

DATE: January 8, 2026

MATTHEW CAPOCCIA
Assistant United States Attorney

5

# United States District Court

NORTHERN DISTRICT OF TEXAS AT FORT WORTH

FILED

| | |
|---|---|
| UNITED STATES OF AMERICA | § WAIVER OF RULE 5(c) HEARINGS |
| | § (Excluding Probation Cases) |
| V. | § |
| | § |
| JOSHUA MARK SCHEIBLER | § CASE NUMBER: 4:26-MJ-003 |

2026 JAN -9  A 8

U.S. DISTRICT COURT
N.D. OF ALABAMA

I, Joshua Mark Scheibler, understand that in the Northern District of Alabama, charges are pending, and I have been arrested in this District and taken before a United States Magistrate Judge who informed me of, the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

(✓) identity hearing

( ) preliminary examination OR ( ) I have been informed I have no right to a preliminary examination

I HEREBY REQUEST THAT MY PRELIMINARY AND/OR DETENTION HEARING BE

(✓) held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

( ) held in this district.

_____
Defendant

_____
Defense Counsel

January 7, 2026

6

AO 94 (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

Northern _____ District of _____ Texas at Fort Worth

UNITED STATES OF AMERICA 2026 JAN -9 A 8: 44

V.

U.S. DISTRICT COURT
JOSHUA MARK SCHEIBLER  N.D. OF ALABAMA

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| Northern District of Texas | 5:25-CR-644-LCB-HNJ | 4:26-MJ-003 | Northern District of Alabama |

CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN

■ Indictment   ☐ Information   ☐ Complaint   ☐ Other (specify)   ☐ Petition

charging a     18     U.S.C.   875(c)

**DISTRICT OF OFFENSE**
Northern District of Alabama

**DESCRIPTION OF CHARGES:**

Threatening Interstate Communications

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

Representation:   ☐ Retained Own Counsel   ☒ Federal Defender Organization   ☐ CJA   ☐     None

Interpreter Required?   ☒ No   ☐ Yes     Language:

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

1|8|2026 _____     Hal R. Ray, Jr _____
Date                                     Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT |
|---|---|---|

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|

7

## U.S. District Court
## Northern District of Texas (Fort Worth)
## CRIMINAL DOCKET FOR CASE #: 4:26-mj-00003-BP-1

2026 JAN -9 A 8: 44

Case title: USA v. Scheibler   U.S. DISTRICT COURT   Date Filed: 01/08/2026
N.D. OF ALABAMA

Other court case number: 5:25-cr-644-LCB-HNJ Northern   Date Terminated: 01/08/2026
District of Alabama, Northeastern
Divisio

Assigned to: Magistrate Judge Hal
R. Ray, Jr

### Defendant (1)

**Joshua Mark Scheibler**           represented by   **Pia R Lederman – FPD**
*TERMINATED: 01/08/2026*                             Federal Public Defender
                                                     Northern District of Texas
                                                     819 Taylor St
                                                     Room 9a10
                                                     Fort Worth, TX 76102
                                                     817-978-2753
                                                     Fax: 817-978-2757
                                                     Email: pia_lederman@fd.org
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*
                                                     *Designation: Federal Public Defender*
                                                     *Appointment*
                                                     *Bar Status: Admitted/In Good Standing*

### Pending Counts                                   ### Disposition

None

### Highest Offense Level (Opening)

None

### Terminated Counts                                ### Disposition

None

### Highest Offense Level
### (Terminated)

None

### Complaints                                       ### Disposition

1

18:875(c) Threatening Interstate
Communications

---

### Plaintiff

| | | |
|---|---|---|
| **USA** | represented by | **Laura Montes–DOJ** |
| | | United States Attorney's Office |
| | | 801 Cherry St, Unit 4 |
| | | Burnett Plaza, Suite 1700 |
| | | Fort Worth, TX 76102 |
| | | 817–252–5200 |
| | | Email: laura.montes@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: US Attorney's Office* |
| | | *Bar Status: Not Admitted* |

| Date Filed | # | Docket Text |
|---|---|---|
| 01/08/2026 | | Arrest (Rule 5) of Joshua Mark Scheibler. Case Number 5:25–cr–644–LCB–HNJ from Northern District of Alabama, Northeastern Division. (mcrd) (Entered: 01/08/2026) |
| 01/08/2026 | 1 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Joshua Mark Scheibler. (Ordered by Magistrate Judge Hal R. Ray, Jr on 1/8/2026) (mcrd) (Entered: 01/08/2026) |
| 01/08/2026 | 2 | ELECTRONIC Minute Entry for proceedings held before Magistrate Judge Hal R. Ray, Jr: Initial Appearance on Rule 5c hearings as to Joshua Mark Scheibler held on 1/8/2026. Date of Arrest: 1/7/2026 on indictment and warrant from Northern District of Alabama, Northeastern division; Deft executed financial affidavit; O/appointing FPD entered;The judge issued the oral order required by Fed. R. Crim. P. 5(f)(1). Written order to follow;Deft waives Rule 5(c) hearing as to identity and requests detention hearing in prosecuting district; O/commitment to prosecuting district entered; Deft remanded to custody. Attorney Appearances: AUSA – Laura Montes; Defense – Pia Lederman. (No exhibits) Time in Court – :6. (Court Reporter: Digital File) (USPO Mouret.) (mcrd) (Entered: 01/08/2026) |
| 01/08/2026 | 3 | ELECTRONIC ORDER As to Joshua Mark Scheibler: <br><br> This written order is entered pursuant to Rule 5(f)(1) of the Federal Rules of Criminal Procedure, and is entered by the court on the first scheduled court date when both the prosecutor and defense counsel are present. <br><br> By this order — issued to the prosecution and defense counsel — the court confirms the disclosure obligations of the prosecutor under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and the possible consequences of violating such order under applicable law. Failure to do so may result in consequences such as the dismissal of the indictment or information, dismissal of individual charges, exclusion of evidence or witnesses, adverse jury instructions, contempt proceedings, and/or sanctions by the court. (Ordered by Magistrate Judge Hal R. Ray, Jr on 1/8/2026) (mcrd) (Entered: 01/08/2026) |

| 01/08/2026 | 4 | MOTION to Continue, MOTION for Pretrial Detention () filed by USA as to Joshua Mark Scheibler (mcrd) (Entered: 01/08/2026) |
|---|---|---|
| 01/08/2026 | 5 | WAIVER of Rule 5c Hearings by Joshua Mark Scheibler (mcrd) (Entered: 01/08/2026) |
| 01/08/2026 | 6 | Report of Proceedings under Rule 5(c)(3) and 5.1 as to Joshua Mark Scheibler. Defendant is removed forthwith to the district in which he is charged. Paperwork sent to Northern District of Alabama, Northeastern Division. (Ordered by Magistrate Judge Hal R. Ray, Jr on 1/8/2026) (mcrd) (Entered: 01/08/2026) |